No. 5,775.—FISHBECK & JARVIS REALTY CO., RE-
SPONDENT, *v.* G. M. PIERCE ET AL., APPELLANTS.

*Appeal from Sheridan County.*

Decided July 1, 1925.

PER CURIAM.—Respondent's motion to dismiss the appeal in the above-entitled cause on the ground that appellants did not file their transcript on appeal within the time provided by the rules of the supreme court is granted and the appeal accordingly dismissed.

*Mr. Thomas M. Keogan* and *Mr. Arthur Le Sueur,* for Appellants.

*Messrs. Onstad & Greer* and *Messrs. Norris, Hurd & Rhoades,* for Respondent.